IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GERRY HANK LOGAN, : | |
| Plaintiff : | |
| VS. : | NO. 5:05-CV-67 (CAR) |
| SONNY PERDUE, Governor, *et al.*, : | |
| Defendants : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION

Before the court is plaintiff's MOTION FOR INJUCTION.[1] Tab #37. In his motion, plaintiff states that prison officials continually threaten to physically harm him. He asks that an injunction be issued to stop such conduct. *Id*. However, the relief he seeks does not concern the relief sought in the present litigation and is not directed to the defendants in this proceeding, with the possible exception of Governor Perdue. Plaintiff does not allege any direct threats from the governor. Hence, there is no one before this court to whom any injunction could be directed even if such were appropriate.

Furthermore, the court notes that plaintiff's case is currently on appeal to the Eleventh Circuit Court of Appeals. Because the case is currently on appeal, the district court lacks jurisdiction to entertain plaintiff's motion. Therefore, IT IS RECOMMENDED that plaintiff's MOTION FOR INJUNCTION (Tab #37) be **DENIED**. Plaintiff may re-file his motion following the disposition of his appeal provided all other requirements of law are met and provided the relief he seeks involves a defendant actually before the court. Plaintiff is, of course, free to file a new civil action setting forth the allegations he raises in his motion and naming the appropriate parties. He may obtain the necessary forms for pursuing such litigation from the Clerk of Court.

---

[1] The court notes that plaintiff motion is in letter form and addressed to Judge Wilbur D. Owens, Jr., who is not the presiding judge in this case. Further, there is no evidence to indicate that plaintiff served said motion on the defendants.

The undersigned also notes that plaintiff has filed an inordinate number of motions in this proceeding.  Accordingly, IT IS RECOMMENDED that plaintiff be **PROHIBITED** from filing any further motions or pleadings while this case is on appeal.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned by filing the same with the Clerk of Court **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 8th day of JUNE, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE