**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **GERRY HANK LOGAN,** | : | |
| | : | |
| **Plaintiff,** | : | 5:05-CV-67 (CAR) |
| vs. | : | |
| | : | |
| **Governor SONNY PERDUE, et. al.** | : | |
| | : | |
| **Defendants.** | : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Tab 38] that Plaintiff's motion for injunctive relief be denied. Therein, the Magistrate Judge explains that the relief Plaintiff currently seeks does not concern the relief sought in the present litigation and is not appropriately directed to the defendants in this proceeding. Inasmuch, there is no party currently before the Court against whom any injunction could be granted. Plaintiff filed a timely Objection [Tab 42] to the Recommendation. However, having now considered the matter, this Court agrees with the findings and conclusion of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

     **SO ORDERED** this 19th day of July, 2005.

                                          s/ C. Ashley Royal
                                          C. ASHLEY ROYAL
                                          UNITED STATES DISTRICT JUDGE

JLR