IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GERRY HANK LOGAN,

        Plaintiff

VS.

        NO. 5: 05-CV-67 (CAR)

SONNY PERDUE, GOVERNOR, et al.,

        Defendants        BEFORE THE U. S. MAGISTRATE JUDGE

# O R D E R

      Plaintiff GERRY HANK LOGAN submitted the above-captioned proceeding for filing on February 24, 2005. Since that time, he has inundated the court with numerous filings, objections, etc.

      On June 1, 2005, plaintiff filed a Notice of Appeal on the order of the Honorable C. Ashley Royal accepting the recommendation of the undersigned that plaintiff's motion seeking class certification be denied. Tab #35. Since that time, plaintiff has filed numerous other requests, pleadings, etc. To date, there are over fifty tabs in this case. Some of his requests have been acted upon by the court because the status of his appeal is unclear. On August 2, 2005, Judge Royal denied plaintiff's request to proceed *in forma pauperis* in prosecuting his appeal to the Eleventh Circuit Court of Appeals.

      Generally speaking, once a Notice of Appeal has been filed, this court is divested of jurisdiction over a case. Therefore, plaintiff is wasting his time and the court's time in filing motions, pleadings, etc. with the Clerk of Court. Although the court has acted on some of his filings since the filing of his Notice of Appeal, others have not been addressed.

Under these circumstances, the court will *not* consider any additional pleadings filed herein by plaintiff unless and until his appeal is ruled upon by the Court of Appeals. Plaintiff is specifically ordered and directed not to file any more motions, requests, pleadings, etc. until the Court of Appeals has disposed of his appeal.

In addition, in order to clear the record of matters erroneously submitted by plaintiff LOGAN since he filed his Notice of Appeal, the Clerk is directed to mark all requests for relief filed *subsequent* to June 1, 2005, "**DENIED**." Once the Court of Appeals acts on plaintiff's appeal, plaintiff may resubmit his motions/requests.

SO ORDERED AND DIRECTED, this 2nd day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE