IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GERRY HANK LOGAN,

                Plaintiff

    VS.                                NO. 5:05-CV-67 (CAR)

SONNY PERDUE, *et al.*,

                Defendants        PROCEEDINGS UNDER 42 U.S.C. §1983
                                              BEFORE THE U. S. MAGISTRATE JUDGE

## RECOMMENDATION

On June 1, 2007, the undersigned issued an order directing plaintiff GERRY HANK LOGAN to advise the court of the status of the status of the above-styled case. Tab #61. To date, the court has had no response from the plaintiff. In fact, the plaintiff has had no contact with the court in over **TWO YEARS**, his last filing coming on September 1, 2005. Tab #53. Accordingly, IT IS RECOMMENDED that the instant action be **DISMISSED** *with prejudice* for the plaintiff's failure to prosecute the action.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 16th day of NOVEMBER, 2007.



                                                      CLAUDE W. HICKS, JR.
                                                      UNITED STATES MAGISTRATE JUDGE