**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **GERRY HANK LOGAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| vs. | : | **No. 5:05-cv-67 (CAR)** |
| | : | |
| **SONNY PERDUE,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Recommendation (Doc. 62) of the United States Magistrate Judge that the instant action be dismissed with prejudice for failure to prosecute. Plaintiff filed no objection to the Recommendation and has had no contact with the Court since September 19, 2005. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge. Therefore, the Recommendation is hereby **ADOPTED** and made the Order of the Court. In accordance with the Recommendation, this case is hereby **DISMISSED** with prejudice.

**SO ORDERED**, this 20th day of February, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw